# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA                                                        PLAINTIFF

v.                              NO. 4:12CR00048-01 JLH

COREY D. MCGOWN                                                                  DEFENDANT

## ORDER

Court convened for a scheduled change of plea hearing in this matter on Monday, January 13, 2014. During the course of the hearing, the Court was informed that defendant's true name is Corey D. McGown. Therefore, the Clerk is directed to take the appropriate steps to reflect that defendant's correct name is Corey D. McGown.

IT IS SO ORDERED this 13th day of January, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE